IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MAXIMILLIAN TREMBLAY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 1:20-CV-00361-LY |
| | § | |
| NAVIENT SOLUTIONS, INC. | § | |
| | § | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Maximillian Tremblay and Defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc., by counsel, hereby notify the Court that the parties have resolved this case. The parties are working to finalize the settlement and will file a Stipulation of Dismissal with Prejudice when the settlement documentation has been finalized.

Dated: April 1, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Jacob Ginsburg (w/ permission)* | */s/ Bonnie L. Martin* |
| Jacob Ginsburg | Elizabeth D. Adamek (TX Bar #24097569) |
| 30 E. Butler Pike | OGLETREE DEAKINS NASH SMOAK & STEWART, P.C. |
| Ambler, PA  19002 | 301 Congress Avenue, Suite 1150 |
| *jginsburg@creditlaw.com* | Austin, TX 78701 |
| | Telephone (512)344-4700 |
| | Facsimile: (512) 344-4701 |
| | *beth.adamek@ogletree.*com |
| | |
| | Bonnie L. Martin, (PHV, IN #20248-18) |
| | Justin M. Allen (PHV, IN #31204-49) |
| | OGLETREE DEAKINS NASH SMOAK & STEWART, P.C. |
| | 111 Monument Circle, Suite 4600 |
| | Indianapolis, IN 46204 |
| | Telephone: (317) 916-1300 |
| | Fax: (317) 916-9076 |
| | *bonnie.martin@ogletreedeakins.com* |
| | *justin.allen@ogletreedeakins.com* |