IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MAXIMILLIAN TREMBLAY, | § | |
|     PLAINTIFF, | § | |
| | § | CAUSE NO. 1:20-CV-361-LY |
| V. | § | |
| | § | |
| NAVIENT SOLUTIONS, INC., | § | |
|     DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On May 9, 2022, the parties filed a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. #60). Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this __10th__ day of May, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE